UNITED STATES DISTRICT COURT IN THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

            **Plaintiff,**      Case No.  21-CR-20354
                                   Hon. Paul D. Borman

**vs.**

**D-3 TAMAR WATKINS,**

            **Defendant,**

_____/

**MOTION FOR REVOCATION
OF DETENTION ORDER**

     NOW COMES Tamar Watkins, defendant, and moves this Honorable Court to enter an order revoking the order of detention entered June 9, 2021, by the Honorable Magistrate Judge Kimberly G. Altman, showing as follows:

1. Mr. Watkins is charged in the Indictment in the above entitled case with: Count 1 Racketeering, and Count 4 Conspiracy to Distribute Controlled Substances:

    a.    ¶28(c) alleges that "TAMAR WATKINS serves as a Five-Star Universal Elite, as a leader of the TVL branch in Chicago, Illinois, and as an adviser to the Michigan TVL Chiefs.

    b.    Mr. Watkins is mentioned seven (7) times in the overt acts of the indictment.

            1.    Mr. Watkins is charged in one overt act with selling cocaine (¶ 184).

    2. Three overt acts recite what someone else said about Mr. Watkins (¶¶ 185, 189, 193).

    3. Two overt acts claim that Mr. Watkins arranged a single delivery of heroin (¶¶196, 198).

    4. One overt act claims that Mr. Watkins made statements about TVLs (§200).

  c. Mr. Watkins is not charged with any act of violence.

2. The evidence regarding Mr. Watkins' participation in the crimes charged in the indictment is neither overwhelming, nor strong.

3. Mr. Watkins was interviewed by pretrial services, which recommended pretrial release with conditions.

4. A detention hearing in the above entitled matter was scheduled before the Honorable Magistrate Judge Kimberly G Altman on June 9, 2021.

5. Prior to the detention hearing, the government filed a 20 page written proffer in support of its motion for detention (ECF 85).

    a. The only mention of Mr. Watkins in the written proffer relates to statements made by D-9 Javon Wilhite. (ECF 85, Page ID280, 281)

6. Mr. Watkins owns a home in the City of Detroit which he is rehabilitating so he can occupy.

7. Mr. Watkins is the father of a three-month-old child with whose mother he resides, part time in the City of Detroit.

8. Mr. Watkins also resides with his mother in the City of Detroit.

9. Mr. Watkins' mother agreed to act as a third-party custodian if the court wished to impose that condition.

10. Mr. Watkins has verifiable employment in the City of Detroit.

    a. His employer virtually attended the detention hearing, and was available to testify to his employment.

    b. Mr. Watkins is also self-employed, engaged in construction.

11. Mr. Watkins is verifiably involved in charitable work in and about the City of Detroit.

    a. At the hearing counsel proffered that pastors from within the Detroit community were present in the audience and available to verify Mr. Watkins' activity.

    b. Counsel proffered the availability of photographs and video evidence supporting Mr. Watkins' charitable activities.

12. Nonetheless, the magistrate judge ordered Mr. Watkins detained pending trial.

13. Pursuant to 18 USC§3145(b) Mr. Watkins seeks prompt review of the magistrate judges' detention order.

14. The delay in bringing this motion was the result of Mr. Watkins' efforts to have the transcript of the detention order prepared before the appeal.

    a. The order for the preparation of the transcript was not signed until June 16, 2021

WHEREFORE, Tamar Watkins, requests this Court to promptly hear his appeal of the magistrate judges detention order.

>Respectfully submitted,
>
>*s/William W. Swor*
>WILLIAM W. SWOR (P21215)
>Attorney for Tamar Watkins
>2450 Guardian Building
>500 Griswold Street
>Detroit, MI 48226
>(313) 967-0200
>wwswor@wwnet.net

DATED: June 16, 2021

## Certificate of Service

I hereby certify that on June 16, 2021, I electronically filed the foregoing Motion for Revocation of Detention Order, with the Clerk of the Court using the ECF system, which gives notification to all attorney's of record.

>/s/ *William W. Swor*
>WILLIAM W. SWOR (P21215)