UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 21-cr-20354
                                      District Judge Paul D. Borman

KEVIN FORDHAM, et al.,

    Defendants.
_____/

**ORDER REQUIRING THE GOVERNMENT, WITHIN 45 DAYS, TO DESIGNATE THE SPECIFIC DEFENDANT BY NAME AND "D" NUMBER, THAT IT PRELIMINARILY BELIEVES THAT EACH SEARCH WARRANT AND/OR TITLE III APPLICATION SPECIFICALLY RELATES TO**

    On August 23, 2022, the Court held a status conference in this complex case involving 39 Defendants and a RICO racketeering conspiracy count, 18 U.S.C. § 1962(d). The Court and the parties discussed, *inter alia*, the Government's July 14, 2022, "Third Notice of Discovery Disclosure: Production Log of Federal Search Warrants and Title III Applications." (ECF Nos. 647-648.) This disclosure attached 136 oversized pages, each listing 3-6 items of individual search warrant executions and T-3 telephone seizures, the great majority of which did not identify any specific Defendant in this case to which that item related.

    After an extended discussion between the Court, the Government, and the Defendants, the Court concluded that, to enable defense discovery to proceed in an effective manner in this case—which was indicted in May 2021 and in which most

1

Defendants are detained pretrial—the Government shall provide the Defendants with the following critical information within 45 days: the name and D-Number of the specific Defendant to whom the Government preliminarily believes each search warrant/return and/or T3 applies.

SO ORDERED.

DATED: August 25, 2022

                                                      PAUL D. BORMAN
                                                     UNITED STATES DISTRICT JUDGE